# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| ORTAVIOUS M. RIVERS | |
| | Case No.  1:18-cr-00008 |
| | USM No. 25713-075 |
| | William Allensworth |
| | Defendant's Attorney |

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s)   1   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 01/23/2026 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓   Violation number 2, upon oral motion of the Government, is dismissed.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2978

Defendant's Year of Birth:    1987

City and State of Defendant's Residence:
Pulaski, Tennessee

05/13/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

May 21, 2026
Date

DEFENDANT: ORTAVIOUS M RIVERS
CASE NUMBER. 1 18-cr-00008

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ·

14 months - 14 months to run concurrent with the sentence imposed for violation of supervised release in this Court's case number 1 21-cr-00004

☑ The court makes the following recommendations to the Bureau of Prisons·

Consideration of designation to a federal medical center

☑ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district·

   ☐ at _____ ☐ a m ☐ p.m on _____

   ☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons·

   ☐ before 2 p m on _____

   ☐ as notified by the United States Marshal

   ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
          DEPUTY UNITED STATES MARSHAL

Judgment—Page __3__ of __3__

DEFENDANT: ORTAVIOUS M RIVERS
CASE NUMBER: 1 18-cr-00008

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of

No term of supervised release imposed